JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
FRANCIS J. ZEBARI, IDAHO STATE BAR NO. 8950
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

U.S. COURTS

AUG 09 2022

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON JOHN CRUMP,<br><br>Defendants. | Case No. CR 22-0169-S DCN<br><br>**INDICTMENT**<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(d) |

The Grand Jury charges:

### COUNT ONE

**Unlawful Possession of a Firearm**
**18 U.S.C. § 922(g)(1)**

On or about January 20, 2022, in the District of Idaho, the Defendant, JASON JOHN CRUMP, knowing that that he was convicted of a crime punishable by imprisonment for a term exceeding one year, that is, Possession of Stolen Property, in case number C212569, in the Clark County District Court in the Eighth Judicial District of the State of Nevada, did knowingly possess in and affecting commerce a firearm, that is, a Springfield, model XD, 9x19 mm caliber pistol, bearing serial number US976659, said firearm having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

**INDICTMENT - 1**

## COUNT TWO

### Unlawful Possession of a Firearm and Ammunition
### 18 U.S.C. § 922(g)(1)

On or about July 4, 2022, in the District of Idaho, the Defendant, JASON JOHN CRUMP, knowing that that he was convicted of a crime punishable by imprisonment for a term exceeding one year, that is, Possession of Stolen Property, in case number C212569, in the Clark County District Court in the Eighth Judicial District of the State of Nevada, did knowingly possess in and affecting commerce a firearm and ammunition, that is,

1. a Specialized Tactical Systems (STS), model I-15, multi-caliber rifle, bearing serial number 1014;
2. (2) rounds of .223 caliber ammunition exhibiting the head-stamp "FRONTIER" and "223 REM";
3. (10) rounds of .223 caliber ammunition exhibiting the head-stamp "L C" and "223 REM";
4. (8) rounds of .223 caliber ammunition exhibiting the head-stamp "L C" and "2 1"; and
5. (7) rounds of .223 caliber ammunition exhibiting the head-stamp "PSD" and "2,"

said firearm and ammunition having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

### CRIMINAL FORFEITURE ALLEGATION

### Firearm Forfeiture
### 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c)

Upon conviction of the offenses alleged in Counts One and Two of this Indictment, the Defendant, JASON JOHN CRUMP, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), any firearms or ammunition involved in or used in the commission of the offense. The property to be forfeited includes, but is not limited to, the following:

**INDICTMENT - 2**

1. Seized Property.

    a. Springfield, model XD, 9x19 mm caliber pistol, bearing serial number US976659;

    b. Specialized Tactical Systems (STS), model I-15, multi-caliber rifle, bearing serial number 1014;

    c. (2) rounds of .223 caliber ammunition exhibiting the head-stamp "FRONTIER" and "223 REM";

    d. (10) rounds of .223 caliber ammunition exhibiting the head-stamp "L C" and "223 REM";

    e. (8) rounds of .223 caliber ammunition exhibiting the head-stamp "L C" and "2 1";

    f. (7) rounds of .223 caliber ammunition exhibiting the head-stamp "PSD" and "2"; and

    g. any other associated ammunition.

2. Substitute Assets. Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant" up to the value of the defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third person;

    c. Has been placed beyond the jurisdiction of the court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property which cannot be subdivided without difficulty.

**INDICTMENT - 3**

DATED this 9th day of August, 2022.

                A TRUE BILL

                */s/ [signature on reverse]*
                _____
                Foreperson

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:

*[signature]*
_____
FRANCIS J. ZEBARI
Assistant United States Attorney

**INDICTMENT - 4**