EXHIBIT A

**NDOC No.** 0968801
**Parole File #** L09-1172M

**State of Nevada**
**DEPARTMENT OF PUBLIC SAFETY**
**Division of Parole and Probation**

**HONORABLE DISCHARGE FROM PAROLE**
## With Restoration of Civil Rights

To All to Whom These Presents Come… GREETINGS:

The Nevada Board of Parole Commissioners, through the Division of Parole and Probation, does hereby discharge from parole and further liability under his sentence Jason John Crump, who was, on the 16th day of August, 2005, convicted of the crime of : Possession of Stolen Property Criminal Case # C212569 in the District Court of the State of Nevada in and for the County of Clark and as legal punishment, therefore, was then in and by said Court, sentenced to imprisonment in the Nevada Department of Corrections for the term of 12/48 months and on the 5th day of January, 2009, was paroled, from the said Nevada Department of Corrections, upon an order of the Board of Parole Commissioners, until the expiration date of July 13, 2009.

IT IS HEREBY ORDERED that said Parolee be honorably discharged from said parole.

IT IS FURTHER ORDERED that as of the date this order is signed, said parolee is restored to his civil rights to vote and serve as a juror in a civil action;

IT IS FURTHER ORDERED that FOUR YEARS from the date this order is signed, said parolee will be restored his civil rights to hold office;

IT IS FURTHER ORDERED that SIX YEARS from the date this order is signed, said parolee will be restored his civil rights to serve as a juror in a criminal action.

Dated at Carson City, Nevada, this 13 day of July, 2009.

Division of Parole and Probation

Bernard W. Curtis, Chief

1000550640_L09-1172M_DS