EXHIBIT B




BAKER COUNTY DISTRICT ATTORNEY'S OFFICE
MATTHEW B. SHIRTCLIFF, District Attorney

In The News

Circuit Attorney News & Updates

Baker County Grand Jury Determines Idaho Man Shot Baker City Man in Self Defense
11-01-2018

### Baker County Grand Jury Determines Idaho Man Shot Baker City Man in Self Defense

On November 1, 2018 a Baker County Grand Jury determined that Jason Crump (dob 3/1983) of East Starcher St. Parma, Idaho acted in self-defense on October 1, 2018 when he shot Lucas Mc Millen. The Grand Jury heard testimony from witnesses regarding the shooting that occurred on Main St., in Baker City. Lucas Mc Millen (dob 4/1982) of Campbell St., Baker City, was shot by Jason Crump outside of the Main St. home at approximately 7:30 p.m. Mc Millen was shot in the neck and chest area.

The Grand Jury determined that Crump's actions were legally justified when Mc Millen charged towards him in a threatening manner. Crump told investigators that Mc Millen had something shiny in his hand when he charged towards Crump. The investigation indicated the Mc Millen was in possession of multiple knives that night.

Mc Millen and Crump had an argument outside of the Main Street home. Mc Millen was demanding payment regarding contracting work that he had performed in the home. Both Mc Millen and Crump had been working inside the home in the week prior to the shooting doing dry wall and other remodeling work. Crump indicated that following the argument Mc Millen began walking toward the front of the home to leave but then turned around and charged at him in a threatening manner with what appeared to be a knife in his hand. Crump indicated that he then shot Mc Millen in self -defense.

Crump immediately called 911 following the shooting and told investigators that he was in fear for his life when he fired shots at Mc Millen. The Grand Jury heard testimony from multiple witnesses including members of the Baker County Major Crime Team. Both Lucas Mc Millen and Jason Crump also testified before the Grand Jury. The Grand Jury heard testimony for most of the day on November 1, 2018 before rendering its decision.

BAKER COUNTY DISTRICT ATTORNEY'S OFFICE
MATTHEW B. SHIRTCLIFF, District Attorney

EXHIBIT B

In the News

LATEST NEWS

Investigation into Baby's Death
Investigation into Baby's Death  On No... 11/12/2018

Major Crime Team Investigates Homic...
Major Crime Team Investigates Homicide on Birch St... 11/7/2018

Baker County Grand Jury Determines ...
Baker County Grand Jury Determines Idaho Man Shot ... 11/1/2018

-- READ MORE --

FACEBOOK FEED



STAY CONNECTED

First Name

Last Name

Email

Zip Code

Submit

EXHIBIT B

QUICK LINKS

Hotlines
Report A Crime
Report Child Abuse
Report Elder Abuse
Find Case Information